**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERICO LOPEZ IZARA**           ) | |
|                                                           ) | |
|         **Plaintiff,**                         ) | |
|                                                           ) | |
| v.                                                     ) | Case No.: 1:16-cv-01078-ESH |
|                                                           ) | |
| **GIFU DC, INC.**                           ) | |
|                                                           ) | |
|         **Defendant.**                      ) | |
|                                                           ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Federico Lopez Izara and Defendant GIFU DC, Inc. through their undersigned counsel, do hereby stipulate and agree to the dismissal of the instant matter without prejudice. All parties shall bear their own costs and attorney's fees.

|  | Respectfully submitted, |
|---|---|
| FEDERICO LOPEZ IZARA | GIFU DC, INC. |
| /s/ Justin Zelikovitz | /s/ Karen A. Doner |
| Justin Zelikovitz, #986001 | Karen A. Doner (Bar No. 458626) |
| justin@dcwagelaw.com | kdoner@rothdonerjackson.com |
| Law Office of Justin Zelikovitz PLLC | Roth Doner Jackson, PLC |
| 519 H Street NW | 8200 Greensboro Drive, Suite 820 |
| Washington, DC 20001 | McLean, Virginia 22102 |
| (202) 445-6960 | (703) 485-3537 |
| (202) 683-6102 (fax) | (703) 485-3525 (fax) |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September 2016, I caused a copy of the foregoing document to be filed with the Court and served, electronically, upon the following:

>Justin Zelikovitz, Esq.
>LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
>519 H Street NW
>Washington, DC 20001
>*Counsel for Plaintiff*

                                         /s/  Karen A. Doner
                                         Karen A. Doner